```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  MATTIE JOHNSON,
                                          NO. CIV. S-06-230 LKK/PAN
12           Plaintiff,
13       v.                               ORDER RE DISPOSAL
                                          DOCUMENTS AFTER
14  JOSEPH L. CONSULO,                    NOTIFICATION OF SETTLEMENT
15           Defendant.
                                      /
16
```

17    Counsel for plaintiff has informed the court that the parties
18 have settled the above-captioned case.  The court now orders that
19 the dispositional documents disposing of the case be filed no later
20 than thirty (30) days from the effective date of this order.
21    All hearing dates heretofore set in this matter, including the
22 Status Conference currently set for April 17, 2006, are hereby
23 **VACATED.**
24 ////
25 ////
26 ////

                                    1

1       <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4       IT IS SO ORDERED.
5       DATED: April 12, 2006.

                              <u>/s/Lawrence K. Karlton</u>
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT