1 | Reuben D. Nathan, Esq. (SBN #208436)
AZIMY & NATHAN, LLP
2 | 18500 Von Karman Ave., Suite 500
Irvine, California 92612
3 | Phone: (949) 486-1888
Fax:     (949) 486-1889
4 | Email: r.n@azimynathan.com
         e.a@azimynathan.com
5 |
6 | Attorneys of Record for Plaintiff,
Mattie Johnson
7 |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MATTIE JOHNSON, | Case No.: 2:06-CV-00230 LKK PAN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| JOSEPH L. CONSULO and Does 1 through 10, inclusive. | |
| Defendants. | |

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

1  Pursuant to F.R.Civ.P. 41(a)(1), Plaintiff Mattie Johnson and Defendant

2  Joseph L. Consulo, through their attorneys' undersigned, stipulate and agree that

3  above-captioned matter may be dismissed as to all claims and all Defendants, with

4  prejudice, each party to bear his own attorneys' fees and costs.

5

6  DATED: May 16, 2006                    **AZIMY & NATHAN, LLP**

7

8

9                                         By: /s/ Reuben D. Nathan, Esq.

10                                            Reuben D. Nathan, Esq.

11                                            Attorney for Plaintiff,
                                             Mattie Johnson

12

13  DATED: May 16, 2006                    **LAW OFFICE OF JOHN D.**

14                                         **ROCHELLE**

15

16                                         By: /s/ John D. Rochelle, Esq. as authorized on May 16, 2006

17                                            John D. Rochelle, Esq.

18                                            Attorney for Defendant, Joseph L.
                                             Consulo

19

20

21

22

23

24

25

26

27

28

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

1

**ORDER**

2

Pursuant to the stipulation of the parties,

3

4

**IT IS ORDERED** that the above-captioned matter is dismissed as to all

5

claims and all Defendants, with prejudice, each party to bear his own attorneys'

6

7

fees and costs.

8

9

10

Dated: $5/17$ , 2006

11

United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**